FILED
2013 Jan-28 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JONATHAN PUCKETT,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:11-cv-03953-RDP-TMP |
| **OFFICER ERIC BELSER,** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on December 26, 2012, recommending that this action be dismissed with prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff has failed to file objections or otherwise respond to the Report and Recommendation.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed with prejudice for failing to

---

[1] The copy of the Report and Recommendation mailed to Plaintiff at his last known address was returned by the Postal Service as undeliverable and with a notation indicating that Plaintiff had been released from prison. On the complaint form submitted by Plaintiff, he was advised of his responsibility to notify the Clerk in writing of any address change, and was warned that failure to do so could result in dismissal of this action without further notice.

state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered contemporaneously herewith.

  **DONE** and **ORDERED** this   28th   day of January, 2013.

                        _____
                        **R. DAVID PROCTOR**
                        UNITED STATES DISTRICT JUDGE